FILED
9/17/2019

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HUGO YANEZ, BREANNE MARIE BAME, TAVIA DION BLUME, and KYLE DOUGLAS ALVERSON,<br><br>Defendants. | CR-19-01-H-CCL<br><br><br><br>Order |

Defendant Yanez appeared before United States Magistrate Judge Johnston for his arraignment on September 5, 2019, and Judge Johnston granted his request to reserve his right to request a detention hearing. Accordingly,

IT IS HEREBY ORDERED that Defendant Yanez's Unopposed Motion for Detention Hearing (Doc. 85) is referred to Judge Johnston to set a hearing date and to hear and decide the detention issue. The Clerk shall notify Judge Johnston and counsel of entry of this order.

Dated this 17th day of September, 2019.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE