IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HUGO YANEZ, BREANNE MARIE BAME, TAVIA DION BLUME, and KYLE DOUGLAS ALVERSON,<br><br>Defendants. | CR-19-01-H-CCL<br><br>Order |

Defendant, through his appointed counsel, has notified the Court that his client consents to appear by video at the hearing on counsel's *ex parte* "Motion to Withdraw Representation." (Doc. 125). The Court having determined that Defendant and counsel should both appear in person at the scheduled hearing,

IT IS HEREBY ORDERED that Defendant and his counsel shall appear in person on Wednesday, May 6, 2019, at 10:00 a.m., in Courtroom II, United States Courthouse, Helena, Montana.

The Clerk shall notify the United States Marshals Service, the United States Probation Office and counsel of entry of this Order.

Dated this 30th day of April, 2020.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE